UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| SATISHKUMAR C. PATEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, et al., ) <br> ) <br> Defendants. ) | 2:26-CV-00029-DCLC-CRW |

**ORDER**

On February 9, 2026, Plaintiff Satishkumar Patel filed a *pro se* Complaint [Doc. 1] that requests the Court enter a temporary restraining order to prevent U.S. Immigration and Customs Enforcement ("ICE") from arresting or detaining Patel in connection with Patel's scheduled check-in with ICE on February 9, 2026. The Government has not entered an appearance or responded to the Complaint.

Accordingly, the Clerk is **DIRECTED** to send this Order to the U.S. Attorney's Office for the Eastern District of Tennessee. The United States is **ORDERED** to file a response to Patel's motion and provide an update on Patel's detention status before close of business on **February 13, 2026**.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge